JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EVA GRIJALVA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FLEMINGS PRIME STEAKHOUSE & WINE BAR, an unknown entity; BLOOMIN' BRANDS, INC., a Delaware corporation; WILDWOOD MARKETING, INC.; and DOES 1-40, inclusive<br><br>Defendants. | Case No. 2:24-cv-04621-RGK-JPR<br><br>[~~PROPOSED~~] ORDER ON JOINT STIPULATION FOR REMAND TO THE SUPERIOR COURT FOR THE COUNTY OF LOS ANGELES<br><br>[37] |

Before the Court is the Parties' joint stipulation to remand this matter to the Superior Court for the County of Los Angeles. For good cause appearing, the stipulation is granted. Accordingly, this action is hereby remanded to the Los Angeles Superior Court, Case Number 24NNCV00312.

IT IS SO/ ORDERED.

Dated: 1/8/2025

_____
Honorable R. Gary Klausner
United States District Judge

cc: LASC, 24NNCV00312

ORDER ON JOINT STIPULATION FOR REMAND TO THE SUPERIOR COURT FOR THE COUNTY OF LOS ANGELES